UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No.: 6:18-cv-575-ORL-37-TBS

LARRY RUMBOUGH,

      Plaintiff,

v.

BRIGHT HOUSE NETWORKS, LLC,
CHARTER COMMUNICATIONS, INC.,
SPECTRUM; CREDIT PROTECTION
ASSOCIATION, L.P. DOE; AND JOHN
DOE.

      Defendants.

_____

## DEFENDANT CHARTER COMMUNICATIONS NOTICE OF NO OPPOSITION TO PLAINTIFF'S MOTION TO REMAND[1]

COMES NOW, Defendant, Charter Communications, Inc., Spectrum, Doe, and John Doe ("Charter" or "Defendant" ) by and through undersigned counsel, and files this Notice of No Opposition to the relief sought in Plaintiff's Motion to Remand [DE 48]. Defendant has no objection to the remand of the claim brought under § 559, *et seq.* ("FCCPA"), the Florida Consumer Collection Practices Act.

Respectfully submitted by:

 /s/ Sangeeta Spengler
SANGEETA SPENGLER ESQ.
Florida Bar No.: 0186864
**GOLDEN SCAZ GAGAIN, PLLC**

---

[1] A response to the Motion to Remand was due yesterday, however the undersigned personally telephoned the Court's Chambers and advised that the undersigned's office network and server were down due to a power outage caused by a vehicle hitting a utility pole outside of the office.

201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
spspengler@gsgfirm.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28,2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 /s/ Sangeeta Spengler
**GOLDEN SCAZ GAGAIN, PLLC**
Sangeeta Spengler, ESQ.
Florida Bar No.: 0186864