# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**LARRY RUMBOUGH,**

  **Plaintiff,**

v.                **Case No: 6:18-cv-575-Orl-78EJK**

**BRIGHT HOUSE NETWORKS, LLC,**
**CHARTER COMMUNICATIONS, INC.,**
**SPECTRUM, DOE and JOHN DOE,**

  **Defendants.**

## ORDER

This matter is set for a settlement conference before the undersigned on January 30, 2020 and trial on February 3, 2020. Today, the undersigned received email correspondence from Defendant's counsel stating that this case has settled. Referencing the information in the correspondence, Defendant stated that it "will await the Court's rulings and instructions related to the Settlement Conference and Trial."

While the undersigned directed Defendant to provide a confidential statement to the Court via email concerning the settlement conference (see Doc. 54), Defendant cannot request relief via such correspondence. **To the extent this case has settled, the parties are directed to file a notice of settlement.** Otherwise, the parties are directed to comply with the prior orders of the Court, shall appear for the settlement conference, trial, and any other noticed proceedings, and are not excused from such compliance absent an order of the Court saying so.

**DONE** and **ORDERED** in Orlando, Florida on January 28, 2020.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties