UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No.: 6:18-cv-575-ORL-37-TBS

LARRY RUMBOUGH,

    Plaintiff,

v.

BRIGHT HOUSE NETWORKS, LLC,
CHARTER COMMUNICATIONS, INC.,
SPECTRUM; CREDIT PROTECTION
ASSOCIATION, L.P. DOE; AND JOHN
DOE.

    Defendants.

_____

## JOINT NOTICE OF PENDING SETTLEMENT ON COUNT II OF THE THIRD AMENDED COMPLAINT

Plaintiff, Larry Rumbough ("Plaintiff") and Defendants, Bright House Networks, LLC, Charter Communications Inc, Spectrum, Doe; and John Doe, (Defendants) pursuant to Local Rule 3.08, hereby gives notice that Plaintiff and Defendant, (collectively "Parties") have reached an agreement for settlement as to Count II of the Third Amended Complaint brought under the Telephone Consumer Protection Act and are in the process of finalizing settlement documents. Also, as part of the agreement, Defendant has filed a Notice of No-Opposition to the Plaintiff's Motion to Remand the remaining count brought under the Florida Consumer Collection Practices Act.

Dated: January 28, 2020

| | |
|---|---|
| **Larry Rumbough** | **For Defendant, Charter Communications** |
| *Larry Rumbough* (signature) | /s Sangeeta Spengler |
| Larry Rumbough | Sangeeta Spengler |
| | Golden Scaz Gagain, PLLC |
| | 201 North Armenia Avenue |
| | Tampa, FL 33609 |
| | Direct Dial: (813) 251-3688 |
| | Facsimile: (813) 251-3675 |
| | E-Mail: spspengler@gsgfirm.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of January 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s Sangeeta Spengler
Sangeeta Spengler
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Direct Dial: (813) 251-3688
Facsimile: (813) 251-3675
E-Mail: spspengler@gsgfirm.com