**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LARRY RUMBOUGH,

      Plaintiff,

v.                                             Case No:  6:18-cv-575-Orl-78EJK

BRIGHT HOUSE NETWORKS, LLC,
CHARTER COMMUNICATIONS, INC.,
SPECTRUM, DOE and JOHN DOE,

      Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Remand (Doc. 48). On January 28, 2020 the parties' filed a Joint Notice of Pending Settlement on Count II of the Third Amended Complaint (Doc. 59), stating that Plaintiff's federal claim had been fully settled, leaving only a state law claim remaining at issue in this litigation. Defendants do not oppose remand of the pending state law claim. (*See* Doc. 57).

Therefore, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Motion for Remand (Doc. 48) is **GRANTED**.

2. Count II of the Third Amended Complaint (Doc. 34) is **DISMISSED with prejudice**.

2. This case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, Case Number 2018-CA-00557-O.

3. The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** in Orlando, Florida on January 29, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party